OPINION — AG — ** USE OF SCHOOL DISTRICT PROPERTY BY RELIGIOUS ORGANIZATION ** A BOARD OF EDUCATION MAY RENT ON AN OCCASIONAL BASIS SCHOOL DISTRICT PROPERTY TO A RELIGIOUS ORGANIZATION FOR A RELIGIOUS SERVICE WHERE A FAIR AND REASONABLE CHARGE IS MADE TO COVER THE COST OF THE USE OF SUCH PROPERTY. CITE: ARTICLE II, SECTION 5, 70 O.S. 1971, 5-130 [70-5-130], OPINION NO. 64-242 (JOE C. LOCKHART)